UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § |
| v. | §   No.  1:23-CR-00043-RP |
| **(1) ABRAHAM YUSUFF,** *Defendant* | § § § § |

# ORDER

Before the Court is Defendant Abraham Yusuff's Unopposed Motion to Modify Conditions of Pretrial Release, Dkt. 129. Defendant's present Order Setting Conditions of Release restricts his travel to Travis, Hays, and Williamson Counties, and imposes a curfew of 8:00 p.m. through 8:00 a.m. Dkt. 91. The motion asks the Court (1) to remove the condition imposing a curfew and (2) to modify the geographic restriction to allow travel throughout the State of Texas for business and employment purposes. Dkt. 129. The Court granted the motion, Dkt. 134, however, following a subsequent discussion with U.S. Pretrial Services, the undersigned vacated that order and set the motion for hearing to discuss the most practical approach to Defendant's conditions that would still assure that Defendant will appear in court as required, Dkt. 135.

At the hearing, the parties announced that, in consultation with U.S. Pretrial Services, they had reached an agreement to modify Defendant's geographic restriction to include the entire State of Texas and to replace his curfew condition with a stand-alone monitoring condition. The undersigned confirmed with counsel for

1

the Government that it agreed with these modifications and that the Government was reasonably assured that these conditions would ensure Defendant's appearances in court as required. The undersigned has likewise satisfied himself that these conditions are adequate to assure Defendant's appearances in court.

For these reasons, the Court **GRANTS** Defendant's Unopposed Motion to Modify Conditions of Pretrial Release, Dkt. 129, and **MODIFIES** his Order Setting Conditions of Release, Dkt. 91, as follows:

Paragraph 7(f): No travel outside the State of Texas unless authorized by U.S. Pretrial Services. No foreign travel.

Paragraph 7(p): Remove condition 7(p)(i), Curfew, and replace it with condition 7(p)(iv), Stand Alone Monitoring.

All other conditions found in the Order Setting Conditions of Release, Dkt. 91, remain in effect.

SIGNED May 2, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE