UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | No. 1:23-CR-00043-RP |
| **(1) ABRAHAM YUSUFF,** *Defendant* | § § § | |

**ORDER**

Before the Court is Defendant Abraham Yusuff's Motion to Allow Brief Travel, Dkt. 147. The District Court referred the motion to the undersigned for disposition. Dkt 150. Yusuff seeks a temporary modification of his Order Setting Conditions of Release, Dkt. 91 (modified in part by Dkt. 137), to permit him to travel to Canada to attend his mother's graduate-school graduation ceremony. Dkt. 147, at 1. Yusuff states the travel would last no longer than seven days. *Id.*, at 2. Yusuff's present Order Setting Conditions of Release does not allow foreign travel. *See* Dkts. 91, 137. For the reasons stated below, the undersigned denies Yusuff's motion.

Yusuff's motion does not indicate whether he consulted with the U.S. Attorney's Office or U.S. Pretrial Services prior to seeking this relief. When the undersigned asked Yusuff's attorney for their positions, he stated that the Government does indeed oppose the motion. And after conferring with Pretrial Services, the undersigned has learned that that office likewise opposes the requested travel.

1

In light of the Government's and Pretrial Service's opposition, and in consideration of Yusuff's strong family ties to a foreign country (Nigeria), and the seriousness of the charges he faces, the undersigned concludes that his requested international travel is not appropriate.

Accordingly, the Court **DENIES** Defendant Abraham Yusuff's Motion to Allow Brief Travel, Dkt. 147.

SIGNED June 5, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE